# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

WOTRING TOWING,

    Plaintiff,

v.

FORD MOTOR COMPANY, et al.,

    Defendants.

Case No. 2:16-cv-1193
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

On June 1, 2017, the United States Magistrate Judge ordered that Plaintiff, pursuant to Federal Rule of Civil Procedure 4(m), show good cause within fourteen days why the action should not be dismissed for Plaintiff's failure to serve Defendant Ford Motor Company. (Order at 1 [ECF No. 15].) Rule 4(m) states, in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). More than fourteen days have passed, and Plaintiff has not shown good cause regarding its failure to effect service on Defendant. Accordingly, this action is **DISMISSED** without prejudice under Rule 4(m).

    **IT IS SO ORDERED.**

6-21-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE